UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE WILLIAMS,

Plaintiff,

-against-

CENTRAL INTELLIGENCE AGENCY, ET AL.,

Defendants.

26 CIVIL 04347 (KMW)

CIVIL JUDGMENT

For the reasons stated in the July 28, 2026, Order, the Court dismisses Plaintiffs complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 3, 2026
New York, New York

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge